**Order entered June 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00108-CR
### No. 05-15-00109-CR

**ALEXIS MURILLO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the 291st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F13-62149-U, F13-62223-U

## ORDER

The record before the Court reflects that appellant waived a jury and entered guilty pleas in the above cases on November 30, 2014. The reporter's record of the guilty plea hearing has not been filed with this Court. The record does not reflect that appellant waived the right to have a court reporter record the proceedings. Estrella Pineda filed the reporter's record of the punishment hearing, but the clerk's records do not reflect that a deputy court reporter recorded the November 30, 2014 plea hearing.

Accordingly, we **ORDER** Peri Wood, former official court reporter of the 291st Judicial District Court, to file, within **THIRTY DAYS** of the date of this order, the reporter's record of the November 30, 2014 plea hearing.

We **DIRECT** the Clerk to send copies of this order to Peri Wood, now official court reporter, 292nd Judicial District Court; Cheryl Dixon, official court reporter, 291st Judicial District Court; and to counsel for all parties

/s/     ADA BROWN
           JUSTICE